[No. 18553-9-II.   Division Two.   May 3, 1996.]

CONSTRUCTION & GENERAL LABORERS' UNION LOCAL 791, ET AL., *Respondents*, v. ELECTRICAL BOARD OF WASHINGTON, ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-00571-8, Milton R. Cox, J., entered August 1, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Turner, JJ.

[No. 18715-9-II.   Division Two.   May 3, 1996.]

CARRIE L. HARRIS, ET AL., *Appellants*, v. PETE COLBERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-10252-3, Thomas Felnagle, J., entered September 9, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.

[No. 18880-5-II.   Division Two.   September 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03478-4, Bruce Cohoe, J., entered October 31, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 19179-2-II.   Division Two.   May 3, 1996.]

DEBBIE PURDIE, ET AL., *Appellants*, v. BRIAN L. McCOY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-09345-0, Thomas A. Swayze, Jr., J., entered February 8, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.